PLEASE TYPE OR PRINT

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF GEORGIA

## Request for Change of Address

Case Name: Lexicon Hospitality, LLC

Case No.: 25-21734      Chapter: 7

**Change of Address for:**
Debtor [ ]   Creditor [ ]   Attorney for Debtor [✔]   Attorney for Creditor [ ]

**Change for:**
Notices ONLY [ ]   Payments ONLY [ ]   Notices and Payments [✔]

EFFECTIVE DATE OF CHANGE: 12/8/2025

Name: D.B.

Prior Address:

*************************************************************************

New Address: 563 Spring Street, N.W.
Atlanta, GA 30308

Change of Address Was Furnished By:   Debtor [ ]   Creditor [ ]   Attorney [✔]

Date: 12/8/2025      Signature of Filer: /s/ Jonathan Clements
Telephone Number: 470-826-6020

### IF FILED BY ATTORNEY

Attorney Name: Benjamin Keck
Bar ID: 943504
Address: 2801 Buford Highway NE, Suite 115
Atlanta, Georgia, 30329

Revised August 2012