PLEASE TYPE OR PRINT

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF GEORGIA

## Request for Change of Address

Case Name: Lexicon Hospitality, LLC

Case No.: 25-21734    Chapter: 7

**Change of Address for:**
Debtor ☐  Creditor ☐  Attorney for Debtor ☑  Attorney for Creditor ☐

**Change for:**
Notices ONLY ☐  Payments ONLY ☐  Notices and Payments ☑

EFFECTIVE DATE OF CHANGE: 12/8/2025

Name: Jane Doe (S.J.C.)

Prior Address:

*************************************************************************

New Address: 2900 North Loop West
Suite 1130
Houston, TX 77092

Change of Address Was Furnished By: Debtor ☐  Creditor ☐  Attorney ☑

Date: 12/8/2025    Signature of Filer: /s/ Jonathan Clements
Telephone Number: 470-826-6020

**IF FILED BY ATTORNEY**

Attorney Name: Benjamin Keck
Bar ID: 943504
Address: 2801 Buford Highway NE, Suite 115
Atlanta, Georgia, 30329

Revised August 2012