PLEASE TYPE OR PRINT

## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF GEORGIA

### Request for Change of Address

Case Name: Lexicon Hospitality, LLC

Case No.: 25-21734        Chapter: 7

**Change of Address for**:
    Debtor ☐  Creditor ☐  Attorney for Debtor ☑  Attorney for Creditor ☐

**Change for:**
    Notices ONLY ☐  Payments ONLY ☐  Notices and Payments ☑

EFFECTIVE DATE OF CHANGE:    12/8/2025

Name:    Michal Rosberry & W.K. & J.T.

Prior Address:

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

New Address:    c/o Andersen, Tate & Carr, P.C.
    1960 Satellite Blvd, Suite 4000
    Duluth, GA 30097

Change of Address Was Furnished By:    Debtor ☐    Creditor ☐    Attorney ☑

Date: 12/8/2025        Signature of Filer: /s/ Jonathan Clements
    Telephone Number: 470-826-6020

| **IF FILED BY ATTORNEY** |
|---|

Attorney Name:    Benjamin Keck

Bar ID:    943504
Address:    2801 Buford Highway NE, Suite 115
    Atlanta, Georgia, 30329

Revised August 2012