PLEASE TYPE OR PRINT

## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF GEORGIA

### Request for Change of Address

Case Name: Lexicon Hospitality, LLC

Case No.: 25-21734    Chapter: 7

**Change of Address for**:
Debtor ☐  Creditor ☐  Attorney for Debtor ✔  Attorney for Creditor ☐

**Change for:**
Notices ONLY ☐  Payments ONLY ☐  Notices and Payments ✔

EFFECTIVE DATE OF CHANGE: 12/8/2025

Name: Sabbir Mahmud and AASDEL Corporation

Prior Address:

*************************************************************************

New Address: 5845 Oakbrook Parkway
Suite J
Norcross, GA 30093

Change of Address Was Furnished By:  Debtor ☐  Creditor ☐  Attorney ✔

Date: 12/8/2025    Signature of Filer: /s/ Jonathan Clements
Telephone Number: 470-826-6020

### IF FILED BY ATTORNEY

Attorney Name: Benjamin Keck

Bar ID: 943504
Address: 2801 Buford Highway NE, Suite 115
Atlanta, Georgia, 30329

Revised August 2012